JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 10-889-VBF(JCx)**                                Dated: **August 18, 2010**

Title:     Emergency Services Restoration, Inc. -v- Lee Ann Smith, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                                None Present
      Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                   None Present

**PROCEEDINGS (IN CHAMBERS):        COURT ORDER DISMISSING ACTION**

On July 2, 2010, the Court denied Plaintiff's initial Motion For Default Judgment.  Dkt. 14.

On July 20, 2010, the Court set an Order To Show Cause Re Default Judgment ("OSC") on the non-appearance calendar for August 16, 2010 at 8:30 a.m.  Dkt. 16.  The Court stated:  "If a motion for entry of default judgment is filed prior to this date, the matter will be taken off calendar. . . Failure to respond to this OSC may result in dismissal for failure to prosecute."

As of the date of this Order, Plaintiff has not filed a second motion for default judgment or otherwise responded to the OSC.

This action is hereby DISMISSED, in its entirety, for Plaintiff's failure to prosecute.  *See* Fed. R. Civ. P. 41(b).

MINUTES FORM 90                         Initials of Deputy Clerk   ___jre___
CIVIL - GEN

-1-